# EXHIBIT D

```
 1    DOCKET NO. CPL-HHD-CV-15-6057664S (CLD X03)

 2

 3    ***************************

 4   EDWARD McDEVITT,                    SUPERIOR COURT

 5    v.                                 J.D. OF HARTFORD

 6   BOEHRINGER INGELHEIM                AT HARTFORD

 7   PHARMACEUTICALS, INC., and          (Complex

 8   BOEHRINGER INGELHEIM                Litigation

 9   INTERNATIONAL GMBH                  Docket)

10    ***************************

11   This Document Relates To:

12   All CT Pradaxa Actions

13    ***************************

14

15      VIDEOTAPED DEPOSITION OF JOANNE VAN RYN
                Monday, June 26, 2017
16                    8:33 a.m.

17
     Held at:
18   Covington & Burling, LLP
     265 Strand
19   London, WC2R 1BH

20
     REPORTED BY:  CARRIE A. CAMPBELL, RDR CRR CSR
21

22

23

24

25
```

Page 35

 1  for?
 2      A.  Yeah.  Just to see if the idea
 3  works at all.
 4      Q.  Okay.  And then in the first
 5  bullet point, you noted that in-house there
 6  already existed four polyclonal rabbit
 7  antibodies to dabigatran, correct?
 8      A.  That's what it says, yes.
 9      Q.  That's what you put in the
10  presentation, right?
11      A.  Yes.
12      Q.  Okay.  And that those had been
13  developed in 2002 by Uli Kunz?
14      A.  Yes, they were developed in the
15  early dabigatran testing in volunteers as a
16  way to measure dabigatran levels in the test
17  tube.
18      Q.  And then the second bullet
19  point noted that all four of those antibodies
20  neutralize the anticoagulate effect of
21  dabigatran in human plasma, thrombin time
22  clotting assay, correct?
23      A.  Yes.
24      Q.  And that's what you were hoping
25  to do with the antidote that you were

JOANNE VAN RYN

Page 51

```
 1   correct?
 2        A.    Yes.
 3        Q.    All right.  And then if we look
 4   to the following slide, you got proof of
 5   concept in 2009, correct?
 6        A.    Yes.
 7        Q.    Okay.  And we talked about that
 8   already.
 9               And then the next slide is
10   entitled "Is it possible to specifically
11   inhibit dabigatran," and the date you have on
12   here is January 2009, "making dabigatran
13   immunogenic," correct?
14        A.    That's what it says, yes.
15        Q.    And tell the jury what that
16   means.
17        A.    Normally dabigatran doesn't --
18   you don't raise antibodies against
19   dabigatran, so you have to do something
20   chemically to make dabigatran different so
21   that it's possible to raise antibodies
22   against it.
23               And so here we started adding
24   its linker, it's called, to the actual
25   molecule of dabigatran, and then we added --
```

Page 52

1  you see this circle BSA, that stands for
2  bovine serum albumin. And it's a huge
3  protein. It's like a hundred times bigger
4  than this little tiny dabigatran. And this
5  is -- a bovine means it's from cows. And
6  when you inject this into mouse, they raise
7  antibodies because it's a foreign protein.
8  And so these antibodies -- that's how you
9  develop antibodies.
10          And then you purify hundreds of
11 them until you find the few antibodies that
12 also recognize the little dabigatran on the
13 end of this big protein. And that's how we
14 start -- that's how we found Praxbind,
15 through this process.
16     Q.   Okay. And when you said you
17 purify hundreds of them, did you have to
18 purify hundreds of them, or were you already
19 pretty sure that you had the ideas for the
20 four that we've talked about?
21          How did that work?
22          MR. IMBROSCIO: Object to the
23     form.
24          THE WITNESS: No. The four
25     that we had had nothing to do with

Page 53

```
 1        this.  It only showed that the idea
 2        would work.
 3              We started completely over and
 4        screened hundreds of these to find the
 5        ones -- those four that we found were
 6        very similar and could be humanized,
 7        and one of them ended up becoming
 8        Praxbind.
 9  QUESTIONS BY MR. CHILDERS:
10        Q.    Okay.  So even though you
11  started all the way over, it still took you
12  less than a year to figure that out, right?
13        A.    It took about a year in total,
14  I guess.
15        Q.    When you say "a year in total,"
16  are you talking about from when you looked at
17  the antibodies you had already had in the
18  freezer to then or when you started
19  completely over?
20        A.    So this is in January of 2009.
21        Q.    Mm-hmm.
22        A.    I don't remember exactly when
23  we did proof of concept.  I think we did them
24  in parallel.  So we wanted to see does the
25  idea work, and we started developing new
```

Page 74

1 that quote so -- as you laughed about it?

2     A.    I don't know exactly.
3 Potentially.

4     Q.    And I assume you're laughing
5 because it was kind of ironic; it was already
6 in the freezer since 2002?

7     A.    And again, as we described
8 earlier, so that allowed me -- and that's
9 also what it says later -- to show that the
10 idea could work.

11     The actual antibodies, these
12 were polyclonal antibodies. They were dirty
13 antibodies. They were developed for a test
14 tube, never to be given to a person. It's
15 part of their standard work process.

16     They probably have antibodies
17 to every drug we've made in their freezer,
18 but this is -- he's not in research. I'm not
19 in pharmacokinetics. I had no idea that this
20 is a process that they do. And I only
21 learned about it because Norbert Hauel had
22 mentioned that in our discussion.

23     Q.    And you had not asked him prior
24 to 2008 about that, correct?

25     A.    I didn't know about it.

JOANNE VAN RYN

Page 424

```
 1                       CERTIFICATE

 2

 3              I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Joanne van Ryn was duly
    sworn by me to testify to the truth, the
 6  whole truth and nothing but the truth.

 7              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
                I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14

15

16
            _____
17          CARRIE A. CAMPBELL,
            NCRA Registered Diplomate Reporter
18          Certified Realtime Reporter
            California Certified Shorthand
19          Reporter #13921
            Missouri Certified Court Reporter #859
20          Illinois Certified Shorthand Reporter
            #084-004229
21          Texas Certified Shorthand Reporter #9328
            Kansas Certified Court Reporter #1715
22          Notary Public

23          Dated:  July 12, 2017

24

25
```

Golkow Litigation Services   |   1.877.370.3377
deps@golkow.com

JOANNE VAN RYN

Page 427

ACKNOWLEDGMENT OF DEPONENT

I,_____ , do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
JOANNE VAN RYN                    DATE

Subscribed and sworn to before me this
____ day of _____ , 20____.

My commission expires:_____

_____
Notary Public