IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| CLAUDE R. KNIGHT AND CLAUDA STEVENS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF BETTY ERELENE KNIGHT, DECEASED<br>Plaintiffs,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.<br>Defendant. | Civil Action No. 3:15-cv-06424<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 7 TO BAR THE OPINIONS AND TESTIMONY OF DR. BRIAN HARVEY AT TRIAL**

Plaintiffs, Claude R. Knight and Claudia Stevens, Individually and as Personal Representative of the Estate of Betty Erelene Knight, Deceased, hereby respond to Boehringer Ingelheim Pharmaceuticals, Inc.'s ("Boehringer") Motion *in Limine* No. 7 to bar the opinions and testimony of Dr. Harvey by affirming to the Court and counsel that Plaintiffs do not intend to call Dr. Harvey to testify at the trial of this case. As such, the Court should deny Boehringer's motion as moot.

Plaintiffs further note that this motion, which Boehringer has called a motion *in limine*, is actually a Daubert motion seeking to exclude the testimony of Plaintiffs' expert witness pursuant to Rule 702. Plaintiffs note that the deadline for filing dispositive motions was January 20, 2018 [Doc. 38]. Defendant Boehringer filed its Omnibus Motion to Exclude the Opinions of Plaintiffs' General Experts [Doc. 48] on January 19, 2018, but did not seek to exclude Dr. Harvey or any of his opinions in that motion. The present motion was not timely filed, and should further be denied for that reason.

Dated: April 30, 2018

                                              RESPECTFULLY SUBMITTED,

                                              By: */s/ C. Andrew Childers*
                                              C. Andrew Childers, *admitted pro hac vice*
                                              Emily T. Acosta, *admitted pro hac vice*

CHILDERS SCHLUETER & SMITH
Suite 100
1932 North Druid Hills Rd.
Atlanta, GA 30319
(404) 419-9501
achilders@cssfirm.com
eacosta@cssfirm.com

Harry F. Bell, Jr.
THE BELL LAW FIRM, PLLC
P.O. Box 1723
30 Capital Street
Charleston, WV 25326-1723
hfbell@belllaw.com

Lisa L. Causey
Robert L. Salim
SALIM BEASLEY
1901 Texas Street
Natchitoches, LA 71457
lcausey@salim-beasley.com
robertsalim@cp-tel.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 7 TO BAR THE OPINIONS AND TESTIMONY OF DR. HARVEY was served on all parties via the Court's ECF system.

This 30th day of April, 2018.

/s/: C. Andrew Childers
C. Andrew Childers
Attorney for Plaintiff
Georgia Bar: 124398

CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Road, NE
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
achilders@cssfirm.com