# Exhibit B

```
            IN THE UNITED STATES DISTRICT COURT FOR THE

      SOUTHERN DISTRICT OF WEST VIRGINIA, HUNTINGTON DIVISION

         BEFORE THE HONORABLE ROBERT C. CHAMBERS, JUDGE

                            ---o0o---

CLAUDE R. KNIGHT and CLAUDIA
STEVENS, individually and as
personal representatives of the
Estate of BETTY ERLENE KNIGHT,
deceased,
                Plaintiffs,
vs.                                    No. 3:15-CV-06424

BOEHRINGER INGELHEIM                   Volume 2
PHARMACEUTICALS, INC.,                 Pages 122 through 400

                Defendant.
_____/

                            ---o0o---

              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                          JURY TRIAL

            THURSDAY, OCTOBER 4, 2018, 9:00 A.M.

                            ---o0o---


For the Plaintiffs:     CHILDERS, SCHLUETER & SMITH
                        1932 North Druid Hills Road, Ste 100
                        Atlanta, Georgia  30319
                        BY:  C. ANDREW CHILDERS

                        URY & MOSKOW
                        883 Black Rock Turnpike
                        Fairfield, Connecticut 06825
                        BY:  NEAL L. MOSKOW

            (Appearances continued next page...)



Reported by:   KATHY L. SWINHART, CSR
               Official Court Reporter
               (304) 528-2244
```

Proceedings reported by mechanical stenography,
transcript produced by computer-aided transcription.

```
 1                    APPEARANCES (Continued)

 2

 3    For the Plaintiffs:

 4              FERRER, POIROT & WANSBROUGH
                2100 RiverEdge Parkway, Suite 1025
 5              Atlanta, Georgia  30328
                BY:  RUSSELL ABNEY
 6              and  HUNTER VANCE LINVILLE

 7

 8    For the Defendant:

 9              TUCKER ELLIS
                925 Euclid Avenue, Suite 1150
10              Cleveland, Ohio  44115
                BY:  JOHN Q. LEWIS
11

12              COVINGTON & BURLING
                One City Center
13              850 Tenth Street NW
                Washington, D.C.  20001
14              BY:  PHYLLIS ALENE JONES
                and  NICHOLAS HAILEY
15              and  JESSICA PEREZ

16
                JACKSON KELLY
17              Post Office Box 553
                Charleston, West Virginia  25322
18              BY:  GRETCHEN M. CALLAS

19

20    Also Present:

21          CLAUDE R. KNIGHT, Plaintiff

22

23

24

25
```

Proceedings reported by mechanical stenography,
transcript produced by computer-aided transcription.

1    other information that is known that would help them prevent
2    or avoid that bleeding risk.
3    Q.  I want to stop for a second while this is on the screen
4    and just ask you, do you, as part of your consulting
5    practice, advise clients as to the types of warning
6    instructions they need to give to doctors and patients?
7    A.  I have, yes.
8    Q.  And when you do that, what significance is there, if
9    any, as to how individual state laws may apply versus FDA
10   rules?
11   A.  So I've worked on projects or cases where the issue is
12   whether or not the information needs to be provided directly
13   to a patient -- like in this case, that's my understanding
14   here in West Virginia -- versus the information only having
15   to be provided to the physician.
16        So in some projects that I work on what is most
17   important is what is being told to the patient, and that's
18   what this Medication Guide is.  So in my view that is what
19   is really important in this particular case, understanding
20   what the patient was being told.
21   Q.  Let's look at the bottom half of this page of the
22   Medication Guide.
23        It says:  You may have a higher risk of bleeding if you
24   take Pradaxa and -- and it lists a bunch of things, right?
25   A.  Yes.

1   Q.  Can you direct Ms. Veldman to put up on the screen where
2   in the Medication Guide it says that the 75-milligram dose
3   was never tested on AFib patients?
4   A.  That is not in the Medication Guide.  The patient would
5   have no way to know that.
6   Q.  Okay.  Could you tell us where we're going to find that
7   there is no safety and effectiveness information about the
8   75-milligram dose?
9   A.  That is not in there.
10  Q.  Can you show us where there is information that one in
11  five patients are getting too much or too little drug?
12  A.  That is not in there.
13  Q.  Can you point where in the Medication Guide it talks
14  about excessive dabigatran exposure or too much Pradaxa?
15  A.  That concept is not provided in here.
16  Q.  Can you point to where in this label it tells us that
17  too much Pradaxa increases your risk of bleeding?
18  A.  It doesn't use those words.
19  Q.  Where does it say that increasing plasma -- increasing
20  plasma concentration increases the risk of bleeding?
21  A.  It does not mention that relationship.
22  Q.  Can you show the jury where in this label it says that
23  if you're on Pradaxa, you're more likely to have a GI
24  bleed -- strike that.  Let me start again.
25      Tell the jury where in this Medication Guide it tells a

1    labeling for physicians for Pradaxa; is that right?
2    A.  We did with -- I don't believe in the U.S. label.  We
3    did go into the European label, which was for physicians.
4    Q.  Got it.  And that's a fair clarification.
5        You talked about the label that doesn't apply in the
6    United States, but you did not talk about the doctor label
7    that would apply in the United States, right?
8    A.  That's correct.  It's my opinion the Medication Guide is
9    what is relevant.
10   Q.  Okay.  But we can agree, because we just looked at it,
11   that the Medication Guide also encourages patients to talk
12   to their doctors who have access to the physician labeling,
13   correct?
14   A.  It does say that, that's true.
15   Q.  Okay.  And do you understand there to be --
16           MS. JONES:  I apologize.  I apologize to everyone.
17   That's a failing of mine.  I will try to do better.
18   Q.  Do you understand there to be something that is the
19   equivalent of the Medication Guide in Europe?
20   A.  Yes.
21   Q.  Have you looked at that?
22   A.  I've seen something that was available online, yes.
23   Q.  Did you evaluate it to determine whether you viewed it
24   as adequate or not?
25   A.  No.  I haven't made an opinion on any specific language,

1   Q.   And the company submitted a label, and the FDA actually
2   sent something back striking out what the company had
3   written?
4   A.   Yes.
5   Q.   You remember that?
6        So the idea of patients with severe renal impairment
7   getting Pradaxa, that was not Boehringer Ingelheim's idea,
8   correct?
9   A.   If you're asking me the change to the 75-milligram dose,
10  I would agree that was not theirs.  But they actually -- in
11  some of these documents they were pushing for the use of the
12  110 dose.
13  Q.   Well, you understand that the FDA didn't approve the 110
14  dose, correct?
15  A.   Yes, I do.
16  Q.   And you understand I'm asking you about the 75-milligram
17  dose, correct?
18  A.   Yes, I do.
19  Q.   Okay.  And it is sounds like you understand that Mrs.
20  Knight took the 75-milligram dose?
21  A.   I do.
22  Q.   Okay.  I just wanted to get us on the same page.
23       And let me go back to my original question, the idea of
24  patients with severe renal impairment getting Pradaxa, that
25  was the FDA's idea originally, correct?

1  A. Getting any Pradaxa? I don't know that that was their
2  idea. Certainly the issue of the 75-milligram dose, yes, I
3  agree with that. That was the FDA's idea as a way to solve
4  the problem.
5  Q. Okay. The FDA also viewed it as a priority that
6  patients who had severe renal impairment would have access
7  to Pradaxa, correct?
8  A. I don't know about the word priority, but certainly it
9  was something that they were looking for. So if you read
10 this review memo, that's what they lay out.
11 Q. When FDA approved the 75-milligram dose of Pradaxa, do
12 you agree that that reflects that the FDA's judgment that
13 the 75-milligram dose of Pradaxa was safe and effective for
14 patients who would take it?
15 A. Well, I can't get in the mind, I didn't see them state
16 it quite that way. But I would assume that they did believe
17 it would be -- would be safe and effective to be used that
18 way, yes, based on the fact that they made that decision for
19 the labeling.
20 Q. And, in fact, if I recall your direct examination
21 testimony, you testified that whenever the FDA approves a
22 medicine for use, that reflects its judgment that the
23 medicine is safe and effective for whatever the patient
24 population is, correct?
25 A. Yes. That's why I answered that way. I'm assuming that

```
 1      CERTIFICATION:
 2              I, Kathy L. Swinhart, CSR, certify that the
 3      foregoing is a correct transcript from the record of
 4      proceedings in the above-entitled matter as reported on
 5      October 4, 2018.
 6
 7
 8      October 5, 2018            ____
        DATE
 9
10      /s/ Kathy L. Swinhart      ____
        KATHY L. SWINHART, CSR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```