IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CLAUDE R. KNIGHT and
CLAUDIA STEVENS, individually
and as Personal Representatives of
the Estate of Betty Erelene Knight, deceased,

           Plaintiffs,

v.                                     CIVIL ACTION NO.  3:15-6424

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.

           Defendant.

**JUDGMENT ORDER**

      This case was tried to a jury from October 3, 2018 to October 5, 2018; October 9, 2018 and October 10, 2018; and from October 15, 2018, to October 17, 2018. After deliberations, the jury returned a verdict in favor of the plaintiffs and against the defendant. The Court **ORDERS** that the verdict form be filed and that judgment be entered in favor of the plaintiffs and against the defendant in accordance with the verdict form.

      The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to the all counsel of record.

                                ENTER:     October 18, 2018

                                ROBERT C. CHAMBERS
                                UNITED STATES DISTRICT JUDGE