IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| CLAUDE R. KNIGHT AND CLAUDIA STEVENS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF BETTY ERELENE KNIGHT, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.<br><br>Defendant. | Civil Action No. 3:15-cv-06424<br><br>JURY TRIAL DEMANDED |

FILED OCT 18 2018 RORY L. PERRY II, CLERK U.S. District Court Southern District of West Virginia

## JURY VERDICT FORM

We, the jury in the above-captioned matter, <u>unanimously</u> answer the following questions.

### I. LIABILITY

#### A. PLAINTIFFS' CLAIMS

As to each of Plaintiffs' claims, mark "YES" if Plaintiffs have proven the elements of the claim as the Court instructed, or "NO" if you find the elements of a claim have not been proven.

1. **Strict liability failure to warn**

   Yes___ No **X**

2. **Negligent failure to warn**

   Yes___ No **X**

3. **Breach of express warranty**

   Yes___ No **X**

4. **Breach of implied warranty**

   Yes___ No **X**

DC: 6842025-2

    5.    **Fraud**

        Yes **X**  No ___

If you answered **Yes to any of questions 1–5**, then proceed to Section IB.
If you answered **No to questions 1–5**, then your deliberations are complete and the foreperson should sign the verdict form.

**B.    LEGAL CAUSATION**

    6.    **Did Plaintiffs prove that, absent BI's wrongful conduct in any of 1-5 above, Betty Knight would not have taken Pradaxa?**

        Yes **X**  No ___

If you answered **Yes to question 6**, then proceed to questions 7. and 8
If you answered **No to question 6**, then your deliberations are complete and the foreperson should sign the verdict form.

    7.    **Did Plaintiffs prove that Pradaxa proximately caused Betty Knight's injuries?**

        Yes **X**  No ___

    8.    **Did Plaintiffs prove that Pradaxa proximately caused Betty Knight's death?**

        Yes ___  No **X**

If you answered **Yes to *EITHER*** of questions 7 or 8, then proceed to Section II - DAMAGES.
If you answered **No to *BOTH*** of questions 7 and 8, then your deliberations are complete and the foreperson should sign the verdict form.

II.     **DAMAGES**

       9.     What amount of money would fairly and reasonably compensate Plaintiffs for Betty Knight's injuries?

                Economic Damages $50,000

                Non-economic Damages $200,000

       10.    What amount of money would fairly and reasonably compensate Plaintiffs for Betty Knight's death?

                Wrongful Death N/A

       Proceed to Section III.

III.    **PUNITIVE DAMAGES**

       11.    Did Plaintiffs prove by clear and convincing evidence that BI acted with actual malice toward Betty Knight, or that BI acted with a conscious, reckless, and outrageous indifference to the health, safety, and welfare of others?

                Yes X   No ___