IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION



| | |
|---|---|
| CLAUDE R. KNIGHT AND CLAUDIA STEVENS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF BETTY ERELENE KNIGHT, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.<br><br>Defendant. | Civil Action No. 3:15-cv-06424<br><br>JURY TRIAL DEMANDED |

## JURY VERDICT FORM

We, the jury in the above-captioned matter, <u>unanimously</u> answer the following questions.

**I.  PUNITIVE DAMAGES**

    1.  **What amount, if any, do you award for punitive damages?**

        $1,000,000

DC: 6842025-2